### 56267. CALHOUN v. TAPE & PRODUCTION EQUIPMENT COMPANY.

DEEN, Presiding Judge.

Jack Calhoun d/b/a Associated Duplicators appeals from a verdict of the trial court sitting without a jury which found him liable on four specific invoices on an open account. He asserts the general grounds. *Held:*

The appellate courts will only reverse the findings of the trial court if they are based on erroneous findings of law; it will not control his findings of fact based upon conflicting evidence. *McCrary v. State,* 215 Ga. 887 (114 SE2d 133) (1960). We have reviewed the evidence presented at trial and the judgment was supported by the evidence.

*Judgment affirmed. Smith and Banke, JJ., concur.*

ARGUED SEPTEMBER 11, 1978 — DECIDED OCTOBER 2, 1978.

*Dorsey & Traver, Jerry B. Hatcher,* for appellant.
*Raborn L. Davis,* for appellee.